UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA MARIE STEWART,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No.  1:22-cv-00189-HBK

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE THE SCHEDULING ORDER AND SUMMONS

(Doc. No.  2)

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. ) is **GRANTED**.

2.  The Clerk is directed to issue the Scheduling Order and summons.  **Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.**

Dated:   March 2, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE