UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIA STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-00189-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING TO THE COMMISSIONER OF SOCIAL SECURITY<br><br>(ECF Nos. 17, 19, 20) |

Plaintiff Lisa Maria Stewart ("Plaintiff") initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income and disability insurance benefits under the Social Security Act. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

On January 17, 2023, the Plaintiff filed a motion for summary judgment and on March 2, 2023, the Defendant filed a cross-motion for summary judgment. (ECF Nos. 17, 19.) On June 23, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for summary judgment, and remand for further administrative proceedings. (ECF No. 20.) The findings and recommendations contained notice that any objections thereto were due within fourteen days after

service. (*Id.*) No objections have been filed, and the deadline for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 23, 2023, (ECF No. 20), are ADOPTED in FULL;
2. Plaintiff's Motion for Summary Judgment, (ECF No. 17), is GRANTED;
3. Defendant's Motion for Summary Judgment, (ECF No. 19), is DENIED;
4. Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court REVERSES the Commissioner's decision and REMANDS this case back to the Commissioner of Social Security for further proceedings consistent with this Order; and
5. The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and CLOSE this case.

IT IS SO ORDERED.

Dated:   August 8, 2023

UNITED STATES DISTRICT JUDGE